WILLIAM H. PUGH, Respondent, v. JOE SCHAPIRO et al., as Executors of WILLIAM J. HOLBERT, Deceased, Appellants. JOE SCHAPIRO et al., as Executors of WILLIAM J. HOLBERT, Deceased, Plaintiffs, v. WILLIAM H. PUGH et al., Defendants.— Appeal by defendants-appellants from a judgment of the Supreme Court, Madison County, rendered in plaintiff's favor on a jury verdict at trial term. The plaintiff's proofs presented a question of fact as to the fact of the account stated upon which plaintiff sued, and the jury's verdict is sufficiently supported by evidence. Judgment affirmed, with costs. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part.

■

In the Matter of MICHAEL JULIANE, Appellant, against CHEMUNG COUNTY COURT, Respondent.— Appeal from an order of the County Court of Chemung County which denied appellant a hearing upon an order in the nature of *coram nobis*. Appellant's contention is that he was not informed of his right to counsel at the time he entered a plea of guilty. He was denied a hearing *coram nobis* on the basis that the County Judge's minutes indicate that he was informed of his right to counsel. The records, other than the Judge's minutes, are silent as to that issue. We think an issue of fact was raised that required a trial. Doubtless, the Judge's minutes were competent evidence but they do not appear to be a part of the official records in the case. Without a trial there is no method of reviewing the issue. Order reversed on the law and facts, and matter remitted to the County Court of Chemung County. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part.